| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act 1 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle init 1)<br>Gottschall, Joan B | 2. Court or Organization<br>U.S. District Court, NDIL | 3. Date of Report<br>5/12/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or p t-time)<br><br>District Judge--active st tus | 5. ReportType (check appropriate type)<br>○ Nomination.  Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>219 South Dearborn St.<br>Room 1978<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | Member, Board of Directo s | Illinois Humanities Council |
| 3. | Member, Board of Directors | Martin Marty Center at the University of Chicago Divinity School |
| 4. | Chair, District Selection Committee | The Rhodes Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable ng ements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |

RECEIVED 2005 MAY 17 P 12: 01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | See Section VIII, note 1. | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gottschall, Joan B | 5/12/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE · (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Reduced annual dues for judges | $1,800 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE · (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vanguard Wellington Fund | B | Dividend | K | T | | | | | |
| 2. Vanguard Wellesley Fund | B | Dividend | K | T | | | | | |
| 3. Vanguard Index Trust | B | Dividend | L | T | | | | | |
| 4. Vanguard Prime Portfolio | A | Dividend | K | T | | | | | |
| 5. Van Kampen Emerging Growth Fund | A | Dividend | J | T | | | | | |
| 6. Eaton Vance Muni Bond Fund | B | Dividend | K | T | | | | | |
| 7. US Treasury Strip (11-15-09) | | None | J | T | | | | | |
| 8. Fed Empl Credit Union Accts | A | Interest | K | T | | | | | |
| 9. IBM common stock | A | Dividend | J | T | | | | | |
| 10. Pimco Total Return Fund | A | Dividend | | | Sell | 5/3 | K | A | |
| 11. Sr.Hi Inc Port. | A | Dividend | J | T | | | | | |
| 12. Viacom c/stock Class A | A | Dividend | J | T | | | | | |
| 13. Viacom c/stock Class B | A | Dividend | J | T | | | | | |
| 14. Munder Net Net Fund | | None | J | T | | | | | |
| 15. Time Warner c/stock | | None | J | T | | | | | |
| 16. Intel c/stock | A | Dividend | J | T | | | | | |
| 17. Waste Management c/stock | A | Dividend | J | T | | | | | |
| 18. Vanguard Tax-Managed Growth & Income Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, r demption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Flextronics c/stock | | None | J | T | | | | | |
| 20. Hewlett-Packard c/stock | A | Dividend | J | T | | | | | |
| 21. ADVP c/stock | | None | J | T | Merger | 3/25 | J | A | Now Caremark c/stock |
| 22. Dycom c/stock | | None | J | T | | | | | |
| 23. MVSN c/stock | | None | J | T | | | | | |
| 24. MFS Mid-Cap Growth Fund B | | None | J | T | | | | | |
| 25. Putnam New Value Fund | A | Dividend | K | T | | | | | |
| 26. MFS Utilities Fund | A | Dividend | J | T | | | | | |
| 27. MFS Govt Securities Fund | B | Dividend | M | T | | | | | |
| 28. MFS Value Fund B | A | Dividend | M | T | | | | | |
| 29. MFS Large Cap Growth | | None | J | T | | | | | |
| 30. Morgan Stanley Active Assets Money Trust | A | Dividend | K | T | Bought/Sold | * | M | | *passim |
| 31. Morgan Stanley Liquid Assets Fund | A | Dividend | J | T | Bought/sold | * | J | | *passim |
| 32. Vanguard Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 33. MFS Government Mortgage Fund | A | Dividend | K | T | | | | | |
| 34. Morgan Stanley (MS) US Govt Sec. Fund | A | Dividend | K | T | | | | | |
| 35. ML Large Cap Value | A | Dividend | J | T | Buy | 5/3 | J | | |
| 36. ML Value Opportunities | A | Dividend | J | T | Buy | 5/3 | J | | |

| 1. Income/Gain Cod : (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gottschall, Joan B | 5/12/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

NOTE 1 (Section III)
I am a shareholder in a ▮▮▮▮ business as was described fully in my 1991 Financial Disclosure Report and in the October 23, 1991, Opinion of the Committee on Codes of Conduct, which was attached to that Report and is attached hereto. I realized no income from this business during the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat█████████████████████████████████                Date  5/12/05

N█████████████████████████ Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE █████████████████████ NCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

COMMITTEE ON CODES OF CONDUCT
OF THE
JUDICIAL CONFERENCE OF THE UNITED STATES
FEDERAL BUILDING, LOCKBOX 83
844 KING STREET
WILMINGTON, DELAWARE 19801

JUDGE R. LANIER ANDERSON, III
JUDGE FRANKLIN S. BILLINGS, JR.
JUDGE JOHN P. FULLAM
MAGISTRATE HENRY L. JONES, JR.
JUDGE JOHN B. JONES
JUDGE NATHANIEL R. JONES
JUDGE ROBERT C. JONES
JUDGE HENRY A. POLITE
JUDGE DAVID SAM
JUDGE ROBERT M. TAKASUGI
JUDGE JOSEPH L. TAURO
JUDGE PATRICIA M. WALD
JUDGE HIRAM H. WARD
JUDGE JAMES B. ZAGEL

JUDGE WALTER K. STAPLETON
CHAIRMAN

October 23, 1991

TELEPHONE
CON: (302) 573-6148
FTS: 487-6166

R. TOWNSEND ROBINSON
COUNSEL
FTS: 838-6987

The Honorable Joan B. Gottschall
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

Re: __Docket No. 828__

Dear Judge Gottschall:

In 1986, 1987, and 1988 you, along with ███████████
edited and proofread a manuscript on a non-legal subject written by
███████████.  The manuscript was published as a book by ████
███████████.  The book is selling well enough to produce income for its
publisher, author, and editors. ███████████ who reside in Canada
have proposed formation of a partnership under Canadian laws whose
assets will be all the rights to the book.  The partners will be
███████████████, ███████████ and you.  After the partnership is
formed, it will, in turn, be dissolved and the assets transferred
to a Canadian corporation whose shareholders will be the partners
of the dissolved partnership.  After the partnership is formed,
your sole role will be to serve as a shareholder.  As a sharehold-
er, you will share in proceeds arising from the sales of the book
and the use of the rights to the book.  You ask whether you may
participate in this arrangement without transgressing either the
Code of Conduct for United States Judges or the Ethics Reform Act
of 1989.

The receipt of income from writing or editing a book is
permitted under the Code of Conduct.  Canon 5A says, "A judge may
write ... on non-legal subjects."  The Committee believes that
editing and proofreading are activities covered by the word
"writing."  And the Committee has approved, at least implicitly,
the receipt of income from writing.  Advisory Opinion No. 55.
There are restrictions on the manner in which a judge's name may be
used in the promotion of a book, but, we assume, these restrictions
are not likely to be involved in your case since you are not the
author and your name is unlikely to be used in connection with
selling of the book.  Nor is there anything about the nature of the

The Honorable Joan B. Gottschall
October 23, 1991
Page Two


book, "Food and the Gut Reaction", that suggests your association with the book would "detract from the dignity of the judge's office." Canon 5A.

Under Canon 5C(2) a judge may serve as a "director [or] active partner . . . of any . . . business wholly owned by members of the judge's family all of whom are related to the judge . . . within the third degree . . . according to the civil law system." Your parents and sister are related to you within the third degree, and you may be their partner in a family business or a shareholder in the family corporation. The language of the Canon permits, a fortiori, your participation as an inactive partner and a non-officer shareholder in a family enterprise. Your participation in the enterprise would not violate your duty under Canon 5C.3 to "manage . . . financial interests to minimize the number of cases in which the judge is disqualified"; this is so because you could not, in any event, hear cases in which your parents and sister have an interest. Canon 3C1(d).

Finally, the Ethics Reform Act does not generally prohibit either serving as a partner or a shareholder. There are specific limitations to such activity, but these are not, save one, remotely applicable here. Regulations of the Judicial Conference of the United States Under Title VI of the Ethic Reform Act of 1989 ("Title VI Regulations"). The Title VI Regulations do bar any service "for compensation as an officer or member of the board of any . . . corporation or other entity."
§ 5(a)(4). In your case, you will not serve as an officer or board member and the prohibition of § 5(a)(4) does not apply to your proposed activity.

You also should be aware that the Ethics Reform Act limits the amount of outside income earned in any one year. The income limit is not applicable in your circumstances. Title VI Regulations § 3(b)(2) provides that "funds received for services rendered . . . before January 1, 1991" are not outside earned income.

The Committee advises that the course of action proposed by you is consistent with the Codes of Conduct and the Title VI Regulations of the Judicial Conference.

For the Committee



Chairman